IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-469.1 and 24-151.1 |

STEPHEN DUFFUS-DOYLE #86587-510
c/o FDC Philadelphia
P.O. Box 562
Philadelphia, PA  19105

## NOTICE OF HEARING

Take notice that Sentencing will take place on October 1, 2024 at 1:30 p.m. before the **Honorable Paul S. Diamond** in **Courtroom 14A,** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

*Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court **no later than one week before the sentencing date**. Any requests for continuances **may be filed by letter with a copy to opposing counsel.***

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A           interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:      Lenora Kashner Wittje
         Courtroom Deputy to the Honorable Paul S. Diamond
         Phone: 267-299-7739

Date:   June 27, 2024
cc via U.S. Mail:      Defendant
cc via email:          Brian J. McMonagle, Defense Counsel
                       Francis A. Weber, Assistant U.S. Attorney
                       John Andrew Jenemann, Assistant U.S. Attorney
                       U.S. Marshal           Court Security
                       Brian B. Piskai, Probation Officer
                       Pretrial Services
                       Interpreter Coordinator